B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  FRIEND TRI NEW YORK INC.        ,          Case No. _____
              Debtor
                                                  Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| SEE ATTACHED | | | | |

Date:  JUNE 27, 2011

_____ , President
        Debtor
Friend Tri New York Inc.

*[Declaration as in Form 2]*

In re <u>FRIEND TRI NEW YORK INC.</u> Debtor     Case No.

                                                 Chapter 11

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| 106 Third Avenue LLC<br>640 Fifth Ave, 3rd Fl<br>New York, NY 10019 | Soli Management<br>640 Fifth Avenue, 3rd Fl<br>New York, NY 10019<br>(212) 265-1665 | unpaid rent | | $491,283.43 |
| RENAISSANCE ECONOMIC DEVELOPMENT CORP.<br>1 Pike Street<br>New York, NY 10002 | Yuen Roccanova Seltzer & Sverd P.C.<br>132 Nassau Street<br>Suite 1300<br>New York, NY 10038<br>(212) 608-1178 | loans | | $96,727.46<br>$40,456.74<br>$43,793.13<br>$41,299.25 |
| TRUE WORLD FOODS NY LLC | Ronald Frier<br>7 Dey Street, Rm 1102<br>New York, NY 10007<br>(212) 732-6640 | goods sold | | $2,160.80 |

In re <u>FRIEND TRI NEW YORK INC.</u>  Debtor          Case No.

                                                       Chapter 11

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | | |
|---|---|---|
| FREDERICK WILDMAN & SONS, LTD<br>307 East 53rd Street<br>New York, NY 10022<br>Tel: (212) 355-0700 | goods sold | $2,271.02 |
| DAIRYLAND USA CORP.<br>1300 Viele Avenue<br>Bronx, NY 10474<br>Tel: (718) 842-8700 | goods sold | $1,796.73 |